UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HILLARY N. FITZHUGH,                )
                                    )
    Plaintiff,                       )
                                    )
v.                                  )
                                    )        CV416-113
AB MCDONOUGH'S, INC., and           )
WILLIAM R. LEE, SR.,                )
                                    )
    Defendants.                      )

## ORDER

Employed as a bartender by defendant AB McDonough's, Inc., d/b/a "Billy's Place," Hillary N. Fitzhugh was sexually harassed by the bar's owner, co-defendant William R. Lee, Sr., who also maintained a sexually hostile work environment.[1]  Doc. 19 at 2-4.  Ultimately she brought this employment-discrimination action.  *Id.*  Contending that the defendant has since settled with her, plaintiff moves to enforce their settlement agreement.  Doc. 28.

That motion is before the district judge, appears to be well-supported, and is unopposed per Local Rule 7.5 ("Failure to respond

---

[1] For the purpose of this Order only, the Court is accepting as true the factual allegations contained in plaintiff's filings.

within the applicable time period shall indicate that there is no opposition to a motion"). In light of the probability that it will be granted, the Court administratively **DENIES** all other pending motions (docs. 17, 21, 24 & 26), without prejudice to renew them should the enforcement motion (doc. 28) be denied.

**SO ORDERED**, this 27th day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA